UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
MARWAN M ABU-DAMES                             CASE NO. 20-10820
1 CARDWELL PT                                  JUDGE BENJAMIN A. KAHN
GREENSBORO, NC  27407

    DEBTOR

SSN(1) XXX-XX-2345                             DATE: 05/28/2021

---

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ABSOLUTE RESOLUTIONS INVESTMENTS LLC<br>% ABSOLUTE RESOLUTIONS CORPORATION<br>8000 NORMAN CENTER DR STE 350<br>BLOOMINGTON, MN  55437 | $3,799.29<br>INT: .00%<br>NAME ID: 174431<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 6243<br>COMMENT: FIRST NATIONAL BANK OF OMAHA |
| ADAMS FARMS COMMUNITY ASSO<br>P O BOX 77726<br>GREENSBORO, NC  27417 | MONTHLY PMT  $22.00<br>INT: .00%<br>NAME ID: 19854<br>CLAIM #: 0025 | (S) SECURED<br><br>ACCT: MC45<br>COMMENT: ASDU,CTD,QTLY EFF W/JAN21 |
| ADAMS FARMS COMMUNITY ASSO<br>P O BOX 77726<br>GREENSBORO, NC  27417 | $1,685.50<br>INT: .00%<br>NAME ID: 19854<br>CLAIM #: 0026 | (R) ARREARAGE-SECURED<br><br>ACCT: MC45<br>COMMENT: ARR THRU DEC20 |
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $521.81<br>INT: .00%<br>NAME ID: 170495<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 1003<br>COMMENT: |
| CAVALRY SPV I LLC<br>500 SUMMIT LAKE DR STE 400<br>VALHALLA, NY  10595 | $0.00<br>INT: .00%<br>NAME ID: 157641<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2149<br>COMMENT: |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $815.60<br>INT: .00%<br>NAME ID: 174688<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 7290<br>COMMENT: EXXON MOBIL |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $729.88<br>INT: .00%<br>NAME ID: 174688<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: 4331<br>COMMENT: SHELL |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CREDIT CARD<br>1415 WARM SPRINGS RD<br>COLUMBUS, GA  31904 | $0.00<br>INT:  .00%<br>NAME ID: 183615<br>CLAIM #:  0012 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0651<br>COMMENT: |
| DATA MAX<br>711 COLISEUM PLAZA COURT<br>WINSTON SALEM, NC  27106 | $0.00<br>INT:  .00%<br>NAME ID: 136979<br>CLAIM #:  0014 | (U) UNSECURED<br>NOT FILED<br>ACCT: 9412<br>COMMENT:  GUILFORD EMS |
| DEUTSCHE BANK NATIONAL TRUST CO<br>% PHH MORTGAGE SVCS<br>MAILSTOP SBRP P O BOX 5469<br>MOUNT LAUREL, NJ  08054 | MONTHLY PMT  $987.25<br>INT:  .00%<br>NAME ID: 182101<br>CLAIM #:  0004 | (H) ONGOING-SECURED<br><br>ACCT: 6813<br>COMMENT:  DT,RE RP,CTD,EFF FEB21 |
| DEUTSCHE BANK NATIONAL TRUST CO<br>% PHH MORTGAGE SVCS<br>MAILSTOP SBRP P O BOX 5469<br>MOUNT LAUREL, NJ  08054 | $2,961.75<br>INT:  .00%<br>NAME ID: 182101<br>CLAIM #:  0005 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 6813<br>COMMENT:  ARR,NOV20 THRU JAN21 |
| DEUTSCHE BANK NATIONAL TRUST CO<br>% PHH MORTGAGE SVCS<br>MAILSTOP SBRP P O BOX 5469<br>MOUNT LAUREL, NJ  08054 | $1,424.50<br>INT:  .00%<br>NAME ID: 182101<br>CLAIM #:  0006 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 6813<br>COMMENT:  ARR THRU OCT20 |
| DEUTSCHE BANK NATIONAL TRUST CO<br>% PHH MORTGAGE SVCS<br>MAILSTOP SBRP P O BOX 5469<br>MOUNT LAUREL, NJ  08054 | $250.00<br>INT:  .00%<br>NAME ID: 182101<br>CLAIM #:  0037 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 6813<br>COMMENT:  POST PET FEES |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $1,393.73<br>INT:  .00%<br>NAME ID: 153461<br>CLAIM #:  0015 | (U) UNSECURED<br><br>ACCT: 3125<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT:  .00%<br>NAME ID: 1159<br>CLAIM #:  0028 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID: 159810<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT:  OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 2345<br>COMMENT:  OC |
| KOHLS<br>P O BOX 3115<br>MILWAUKEE, WI  53201 | $0.00<br>INT:  .00%<br>NAME ID: 129628<br>CLAIM #:  0016 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5930<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,394.31<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0013 | (U) UNSECURED<br><br>ACCT: 0970<br>COMMENT:  CREDIT ONE BANK |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION | |
|---|---|---|---|---|
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $0.00<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0017 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 9199<br>COMMENT:  CREDIT ONE | |
| MERRICK BANK<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $1,426.52<br>INT: .00%<br>NAME ID: 67831<br>CLAIM #: 0018 | | (U) UNSECURED<br><br>ACCT: 5653<br>COMMENT: | |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $650.32<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0029 | | (U) UNSECURED<br><br>ACCT: 1936<br>COMMENT:  HOME DEPOT | |
| MIDLAND FUNDING<br>320 E BIG BEAVER<br>TROY, MI  48083 | $0.00<br>INT: .00%<br>NAME ID: 177858<br>CLAIM #: 0019 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 1120<br>COMMENT: SYNCHRONY BANK | |
| MIDLAND FUNDING LLC<br>% MIDLAND CREDIT MGMT INC<br>P O BOX 2011<br>WARREN, MI  48090 | $2,358.76<br>INT: .00%<br>NAME ID: 154854<br>CLAIM #: 0023 | | (U) UNSECURED<br><br>ACCT: 1199<br>COMMENT: SYNCHRONY<br>BANK/DISCOUNT TIRE | |
| MIDLAND FUNDING LLC<br>% MIDLAND CREDIT MGMT INC<br>P O BOX 2011<br>WARREN, MI  48090 | $1,579.69<br>INT: .00%<br>NAME ID: 154854<br>CLAIM #: 0030 | | (U) UNSECURED<br><br>ACCT: 9380<br>COMMENT:  LOWES | |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $9.59<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | | (P) PRIORITY<br><br>ACCT: 17TX<br>COMMENT: OC | |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $26.32<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0035 | | (U) UNSECURED<br><br>ACCT: /PEN<br>COMMENT: | |
| NAVIENT SOLUTIONS LLC OBO ECMC<br>LOCKBOX 8682<br>P O BOX 16478<br>ST PAUL, MN  55116 | $10,875.63<br>INT: .00%<br>NAME ID: 183658<br>CLAIM #: 0020 | | (U) UNSECURED<br><br>ACCT: 2345<br>COMMENT: | |
| PORTFOLIO RECOVERY<br>120 CORPORATE BLVD<br>NORFOLK, VA  23502 | $0.00<br>INT: .00%<br>NAME ID: 66768<br>CLAIM #: 0021 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 0419<br>COMMENT: | |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $734.93<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0031 | | (U) UNSECURED<br><br>ACCT: 2982<br>COMMENT:  BP | |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $688.12<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0032 | | (U) UNSECURED<br><br>ACCT: 7469<br>COMMENT:  AMAZON | |

PAGE 4 - CHAPTER 13 CASE NO. 20-10820

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,011.60<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0033 | (U) UNSECURED<br><br>ACCT: 7173<br>COMMENT: WALMART |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $271.49<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0034 | (U) UNSECURED<br><br>ACCT: 8516<br>COMMENT: CITGO |
| SANTANDER CONSUMER USA<br>P O BOX 560284<br>DALLAS, TX  75356-0284 | $11,986.01<br>INT: 5.25%<br>NAME ID: 45498<br>CLAIM #: 0007 | (V) VEHICLE-SECURED<br><br>ACCT: 7161<br>COMMENT: 10INFI |
| UNIFUND CCR LLC<br>P O BOX 110564<br>DURHAM, NC  27709 | $1,864.83<br>INT: .00%<br>NAME ID: 181485<br>CLAIM #: 0024 | (U) UNSECURED<br><br>ACCT: 4964<br>COMMENT: |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $95.43<br>INT: .00%<br>NAME ID: 176005<br>CLAIM #: 0036 | (U) UNSECURED<br><br>ACCT: 0001<br>COMMENT: |
| **TOTAL:** | **$49,616.86** | |
| RONALD A ANDERSON ESQ<br>P O BOX 14639<br>ARCHDALE, NC  27263 | $4,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  05/28/2021                                    OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
Attorney for Debtor - Electronic Notice